**Order entered October 24, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00619-CV

### LYNDON THOMPSON AND PAULA THOMPSON, Appellants

### V.

### WILMINGTON SAVINGS FUND SOCIETY FSB AS OWNER TRUSTEE OF THE RESIDENTAL CREDIT OPPORTUNITIES, Appellee

### On Appeal from the County Court at Law No. 2
### Dallas County, Texas
### Trial Court Cause No. CC-22-00129-B

### ORDER

The clerk's record in this appeal has not been filed because appellants have not paid for it. Although the county clerk's office has stated it mailed appellants a "fee sheet," appellants apparently have not received it. Accordingly, we **DIRECT** the Clerk of the Court to send appellants a copy of the "fee sheet" filed with the Court on October 11, 2022 and **ORDER** appellants to file, no later than November 7, 2022, written verification of payment for the record or entitlement to proceed without payment of costs. *See* TEX. R. CIV. P. 145.

We caution appellants that failure to comply may result in dismissal of the appeal without further notice.  *See* TEX. R. APP. P. 37.3(b), 42.3(b),(c).

/s/    KEN MOLBERG
       JUSTICE